JUDGE PAULEY

12 CV 5343

Andrew S. Langsam
PRYOR CASHMAN LLP
7 Times Square, 38th Floor
New York, New York 10036
(212) 326-0180
alangsam@pryorcashman.com

*Attorneys for Rubie's Costume Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUL 11 2012
U.S.D.C. S.D. N.Y.
CASHIERS

| | |
|---|---|
| RUBIE'S COSTUME CO., INC. | |
| Plaintiff, | Civil Action No.: |
| v. | |
| FAST FORWARD, LLC, | |
| Defendant. | |

## PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Rubie's Costume Co., Inc. ("Plaintiff") by its attorneys, Pryor Cashman LLP, as and for its complaint against defendant Fast Forward, LLC ("Defendant") respectfully alleges as follows:

### THE PARTIES

1.  Plaintiff, Rubie's Costume Co., Inc., is a corporation duly organized and existing under the laws of the State of New York.

2.  On information and belief, Defendant Fast Forward, LLC is a limited liability company duly organized and existing under the State of New York with its principal place of business located at 10 West 33rd Street, Suite 705, New York, New York 10001.

1

## JURISDICTION AND VENUE

3.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 101, et seq.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1338(a) and 35 U.S.C. § 281.

4.      On information and belief, Defendant is a limited liability company organized under the State of New York and with its principal place of business located in the Southern District of New York.  Defendant, alone and/or in conjunction with authorized distributors and resellers, has introduced into the stream of commerce infringing products with the knowledge at all relevant times that some of those infringing products would be sold to and used by consumers in the State of New York and the Southern District of New York.  Products that infringe Plaintiff's U.S. Patent are being offered for sale, sold, and are being used within the Southern District of New York, and  Plaintiff's cause of action arises at least in part from infringing activities committed by Defendant that occur in this District.  Venue for this civil action for patent infringement is within this judicial district under 28 U.S.C. §1400(b).  Defendant is a resident of the Southern District of New York under 28 U.S.C. §1391(c)(2) and (d), and venue is thus proper in this District pursuant to 28 U.S.C. §1391(b)(1).

5.      Defendant is subject to this Court's specific and general personal jurisdiction as a resident of the State of New York and specifically the Southern District of New York.  Defendant's principal place of business is located at 10 West 33rd Street, Suite 705, New York, New York 10001, within the parameters of the Southern District of New York.

**FIRST CAUSE OF ACTION**
**INFRINGEMENT OF U.S. PATENT NO. RE37,533**

6.       Plaintiff repeats and re-alleges each and every allegation in paragraphs 1 through 5 as if fully set forth herein.

7.       Plaintiff, Rubie's Costume Co., Inc., is the owner of all right, title, and interest in United States Patent No. RE37,533 entitled "Costumes with Semi-rigid Fabric Components and Method of Manufacture of Same" ("the '533 Patent"). The '533 Patent is a reissued utility patent that was duly and properly issued by the United States Patent and Trademark Office ("PTO") on January 29, 2002. A copy of the '533 Patent is attached hereto as Exhibit A, and incorporated by reference.

8.       The '533 Patent was issued to inventors Marc P. Beige and John G. Kearns ("Inventors") on January 29, 2002.

9.       The '533 Patent is a Reissue Patent of U.S. Patent No. 5,747,144 ("the '144 Patent") which issued on May 5, 1998, which was based on an application filed on April 3, 1996.

10.     The '144 Patent was assigned by Inventors Marc P. Beige and John G. Kearns to Rubie's Costume Co., Inc. on April 3, 1996, via an assignment recorded in the U.S. Patent Office at Reel/Frame number 008103/0890. That assignment assigned all rights to all Letters Patent to be obtained for said invention including any continuations, divisions, renewals, or substitutes thereof, and as to issued patent any reissues or re-examinations thereof. Accordingly, the '533 Patent was assigned to Rubie's Costume Co., Inc. by the aforementioned recorded assignment.

11.     The '533 Patent is in full force and effect and no maintenance fees are currently due.

3

12.     Plaintiff actively markets and sells, within the Southern District of New York and throughout the United States, products covered by the '533 Patent.  Defendant's accused products fall within the scope of one or more claims of the '533 Patent.

13.     Defendant has been and now is directly infringing the '533 Patent in this judicial district and elsewhere in the United States.  Infringement by Defendant includes, without limitation, making, using, offering for sale, and/or selling within the United States, and/or importing into the United States, without license or authority from Plaintiff, children's backpacks comprising an integrated torso, thermoformed costume component formed of a semi-rigid fabric that infringes one or more claims of the '533 Patent.  Defendant's products, accused as infringements, include but are not limited to those backpacks sold by Defendant depicting a Superman costume style, a Batman costume style, and a Spiderman costume style.  Some of these backpacks are identified as Product Numbers 10110 and 10111.  Copies of a website offering the accused infringing backpacks for sale in the U.S. are attached hereto as Exhibits B, C, and D.

14.     On information and belief, the aforementioned accused infringing backpacks are sold, offered for sale, imported and delivered within the US as Defendant's Product Numbers 10110, 10111, and others.  Representative examples of Plaintiff's products sold under the '533 Patent are attached hereto as Exhibits E, F and G.

15.     On information and belief, the aforementioned accused infringing backpacks sold by Defendant are offered on www.amazon.com, at a consumer cost between $18.99 and $38.88.

16.     Defendant's acts of infringement have already caused damage to Plaintiff, and Plaintiff is entitled to recover its damages (but no less than a reasonably royalty) sustained by it as a result of Defendant's wrongful acts in an amount subject to proof at trial.  Defendant's

4

infringement of Plaintiff's exclusive rights under the '533 Patent will continue to damage

Plaintiff, causing irreparable harm for which there is no adequate remedy at law, unless enjoined

by this Court.

17.     Plaintiff has notified Defendant of its infringement of the '533 Patent. Defendant

has had communications and contact with Plaintiff on this issue and Defendant is fully aware of

Plaintiff's patent - - the '533 Patent. Defendant has infringed in the past and continues to

infringe the '533 Patent with full and complete knowledge of the patent and its applicability to

Defendant's products without authority or a license under the '533 Patent and without a good

faith belief that the '533 Patent is invalid or not infringed. Defendant's infringement of the '533

Patent is willful and deliberate entitling Plaintiff to increased damages under 35 U.S.C. § 284

and to attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

(a)     a judgment in favor of Plaintiff that Defendant has directly infringed the

'533 Patent;

(b)     a judgment and order requiring Defendant to pay Plaintiff its damages (but

no less than a reasonable royalty), costs, expenses, prejudgment and post-

judgment interest for Defendant's infringement of the '533 Patent, all as

provided under 35 U.S.C. § 284;

(c)     permanently enjoining Defendant and its officers, agents, employees, and

those acting in privity with it, from further infringement, including direct,

contributory infringement and/or inducing infringement, of U.S. Patent No

RE37,533;

5

    (d)       an award of attorney's fees pursuant to 35 U.S.C. § 285 or as otherwise

permitted by law;

    (e)       trebling of damages as a consequence of Defendant's willful and

deliberate infringement; and

    (f)       any and all other relief to which the Court may deem Plaintiff entitled.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Dated: New York, New York
       July 9, 2012

                     PRYOR CASHMAN LLP

                     By: _____
                           Andrew S. Langsam

                     7 Times Square, 38th Floor
                     New York, New York 10036
                     Telephone:  (212) 326-0180

                     *Attorneys for Rubie's Costume Co., Inc.*

# EXHIBIT A

US00RE37533E

(19) **United States**

(12) **Reissued Patent**
Beige et al.

(10) Patent Number: **US RE37,533 E**
(45) Date of Reissued Patent: **Jan. 29, 2002**

(54) **COSTUMES WITH SEMI-RIGID FABRIC COMPONENTS AND METHOD OF MANUFACTURE OF SAME**

(75) Inventors: **Marc P. Beige**, North Hills; **John G. Kearns**, Hauppauge, both of NY (US)

(73) Assignee: **Ruble's Costume Co., Inc.**, Richmond Hills, NY (US)

(21) Appl. No.: **09/566,231**

(22) Filed: **May 3, 2000**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **5,747,144**
    Issued: **May 5, 1998**
    Appl. No.: **08/626,970**
    Filed: **Apr. 3, 1996**

(51) **Int. Cl.[7]** .............................................. **B32B 1/00**
(52) **U.S. Cl.** ........................ 428/187; 428/102; 428/175; 442/221; 442/370; 264/571; 264/257; 264/DIG. 78; D2/741; D21/189; D21/190
(58) **Field of Search** ........................ D2/741, 189, 190; 428/102, 187; 442/221, 370; 264/571, 257; D21/189, 190

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,608,092 A | 9/1971 | Taranto |
| 4,099,271 A | 7/1978 | Allen |
| 4,104,430 A | 8/1978 | Fenton |
| 4,310,927 A | 1/1982 | DeBose |
| 4,397,636 A | 8/1983 | Ganshaw |
| 4,675,917 A | 6/1987 | Valli |
| 4,781,650 A | 11/1988 | Budd |
| 4,837,864 A | 6/1989 | Thill |
| 4,878,972 A | 11/1989 | Kaneko |
| 5,060,315 A | 10/1991 | Ewing |
| 5,221,222 A | 6/1993 | Townes |

OTHER PUBLICATIONS

1992 Rubie's Catalog cover, p. 47, 105, 158, 197 (no month).
1994 Rubie's Catalog cover, p. 98,99 (no month).
1995 Rubie's Catalog cover, p. 399.
1973 Cesar cover page, p. 63 (no month).
1983 Masquerade Novelty Co., Inc. cover pg. and p. 30 (no month).

*Primary Examiner*—Terrel Morris
*Assistant Examiner*—Christopher C. Pratt
(74) *Attorney, Agent, or Firm*—Levisohn, Lerner, Berger & Langsam

(57) **ABSTRACT**

A process for manufacturing a costume having semi-rigid costume components, and the costume itself. The semi-rigid costume components are capable of being sewn to fabric to form an integrated costume. An embodiment is shown in which the costume includes a semi-rigid muscular torso suitable for a superhero chestpiece. The sewn rigid component is formed from fusing a layer of fabric to a layer of foam and the resulting laminate is vacuum molded into a three-dimensional shape.

**63 Claims, 3 Drawing Sheets**



U.S. Patent

Jan. 29, 2002

Sheet 1 of 3

US RE37,533 E



FIG. 1





US RE37,533 E

| 1 | 2 |

## COSTUMES WITH SEMI-RIGID FABRIC COMPONENTS AND METHOD OF MANUFACTURE OF SAME

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.**

### FIELD OF THE INVENTION

The present invention relates to a method for manufacturing a costume and to the costume thereby manufactured. More specifically, the present invention relates to a method for the manufacture of costumes having semi-rigid or rigid fabric components, and to the manufactured costume itself having a semi-rigid of rigid costume component sewn to other fabric components to form a complete costume. In the preferred embodiment, the semi-rigid costume component provides a small child with a costume having an upper torso area which appears, three dimensionally, to be extremely well-developed. This enables the child to more realistically masquerade as a superhero.

### BACKGROUND OF THE INVENTION

Many holidays, occasions and parties are celebrated throughout the world in which costumes play a significant and important role. In the United States Halloween is perhaps the most notable example. Each year on the 31 st of October, children dress up as their favorite action heros, as famous historical figures, and as storybook characters.

Similarly, in other countries and cultures, numerous other costume-oriented holidays are equally significant. In Brazil, for example, the celebration of Mardi Gras is accompanied by lavish decorative costumes worn by young and old alike. In China, the Chinese New Year is a popular event, featuring brightly colored costumes. Likewise, in Israel and other Jewish communities, the Jewish holiday of Purim is a festive celebration in which many wear costumes as part of the festivities of the holiday.

Even during other times of the year, costumes are significant. Many adults hold costume/masquerade parties from time to time, to which they invite friends, relatives and acquaintances. They attend dressed in costumes. Consequently, costumes are a popular form of clothing around the world. Wearing a distinct and unusual costume, allowing the wearer to more accurately masquerade or portray the character of the costume, is very important. Thus, a non-muscled or physically unfit individual or small child, if provided with a realistic three dimensional upper torso, apparently muscle toned, is highly regarded and desirably sought.

Many different types of costumes exist, and are prevalent in the art. Some of these costumes are made of cloth. Other costumes are currently made of plastic, or other similar synthetic materials. Plastic component costumes have the advantage that they can be made from molded elements. However, it has traditionally been difficult to integrate plastic portions into a cloth or fabric costume using traditional sewing techniques, since the plastic component is too hard to be penetrated by the needle and if penetrated, the plastic, necessarily thinly manufactured, often rips. On the other hand, the fabric of cloth costumes, while easy to sew, is too flexible and supple for certain three-dimensional effects, types of costume, or applications. Fabric with printing thereon, intended to provide the viewer with a three-dimensional appearance, is not always realistic.

Accordingly, there is a need in the art for a costume primarily made of cloth, having rigid or semi-rigid fabric body elements to simulate three dimensional costume components. There is also a need in the art for a method of manufacturing a costume which is easy, inexpensive, and allows rigid fabric-based body elements to be sewn together with traditional cloth to form a novel costume and effect. There is also a need in the art for an improved and attractive costume having a semi-rigid fabric construction as one of its costume components. This provides a realistic three-dimensional appearance for a costume, a very desirable feature for masquerading.

### SUMMARY OF THE INVENTION

An object of the present invention is to provide a costume with a rigid or semi-rigid component.

A further object of the present invention is to provide a costume with semi-rigid fabric components that can be attached by sewing to ordinary fabric or cloth.

A further object of the present invention is to provide a costume with a molded fabric component.

A further object of the present invention is to provide a cloth or fabric costume with fabric-covered body components that retain a rigid, semi-rigid or three-dimensional shape.

A further object of the present invention is to provide a cloth or fabric-covered costume which has enlarged, semi-rigid of three-dimensional muscle-like features.

A further object of the present invention is to provide a cloth or fabric-covered costume having a semi-rigid fabric-covered torso portion of well-developed three-dimensional muscular shape.

A further object of the present invention is to provide a method for manufacturing a fabric-based costume with a fabric-covered rigid or semi-rigid shape incorporated therein.

A further object of the present invention is to provide a method for manufacturing a costume in which rigid or semi-rigid fabric components can be attached, by sewing, to ordinary fabric or cloth.

A further object of the present invention is to provide a method for manufacturing a costume out of fabric, which has portions having a semi-rigid, three-dimensional, muscle-like appearance.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a flow chart of the process for the manufacture of a costume in accordance with the present invention with rigid or semi-rigid fabric components being incorporated into the costume.

FIG. 2 is a front, bottom and right perspective view of a sheet of fabric and a sheet of H-Cell foam material, prior to being fused together in accordance with the present invention.

FIG. 3 is a front, bottom and right perspective view of the fabric and H-Cell foam materials of FIG. 2 after fusing of the H-Cell foam material with the fabric, to form a single sheet of laminated material, in accordance with the present invention.

FIG. 4 is a front, bottom and right perspective view of the sheet of laminated material of FIG. 3, after a general die cut, in accordance with the present invention.

FIG. 5 is a front, bottom and right perspective view of the die cut material of FIG. 4, after application by printing or

3

silk screening of stretchable ink, in accordance with the present invention.

FIG. 6 is a front, bottom and right perspective view of the inked laminated material of FIG. 5, after vacuum molding to form a specific three-dimensional shape. The shape shown in the embodiment illustrated in the Figure is a muscular upper torso.

FIG. 7 is a front bottom and right perspective view of the vacuum molded costume component of FIG. 6 after a fine die cut, to form the finished upper torso, prior to sewing into a finished costume.

FIG. 8 is a cross section of the vacuum molded costume component of FIG. 7, taken along lines 8—8 of FIG. 7; and

FIG. 9 is a front view of a costume, in accordance with the present invention, having the three-dimensional muscular upper torso costume component of FIG. 7 sewn to arms, pelvis, and legs of fabric to form a complete costume.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT AND THE DRAWINGS

As shown in FIG. 1, a flow chart is provided of the various steps used in the manufacture of a costume, in accordance with the present invention. Reference may be made to the flow chart in conjunction with the description of the other figures showing the preferred embodiment of the finished costume, in its various stages of manufacture. Although the figures demonstrate the use of the present invention to make a muscular looking superhero chestpiece, it will be appreciated that the present invention can be used to make any desired semi-rigid shape or three dimensional, fabric-covered component for a costume, and is not limited to the embodiment disclosed. The semi-rigid costume components created in accordance with the present invention can be sewn into any portion of a costume, and is not limited to the chestpiece shown.

As shown in FIG. 2, a sheet of fabric 12 is depicted, in conjunction with a sheet of H-Cell foam material 15. The fabric can be, for example, a sheet of polyester. Other garment fabric materials can be used, as well. The H Cell foam material 15 is an open cell foam material. In the preferred embodiment, it is about 5/16" in thickness. The sheet of fabric 12 is placed on top of H-Cell foam sheet 15 and then, the composite is subjected to heat and pressure. Two layers are fused together, and the process is shown schematically in Block A of FIG. 1. The fusing laminates the fabric to the foam to form a dual layer of laminated material 22, as shown in FIG. 3.

Following lamination of the fabric 12 and the H-Cell foam material 15 to form the dual layer of laminated material 22, the laminated material 22 is subjected to a gross or general die cut which results in the material having square edges, facilitating printing thereon. The general die cut step is shown schematically in FIG. 1, as Block B. This results in rectangles or squares 26, as shown in FIG. 4. Each of these rectangles or squares 26 can be used to form a separate costume component or several components can be made from a square 26, if each is suitably dimensioned.

As shown in FIG. 5 (corresponding to Block C in FIG. 1), following a general die cut of the laminated material 22, stretchable ink 32 is printed or applied in a desired artistic manner to square 26. In the figure, the stretchable ink 32 is applied to show three bars 28 and a circle 31 having the letter "R". The combination of shapes to be printed is for illustration purposes, and can be used for example, to make a superhero chestpiece for a costume of the superhero

4

"Robin®" as the character appears in the famous "Batman® and Robin®" adventures of Warner Communications Corp. Any other desired shapes, letters, accent lines, etc., can likewise be utilized and printed on the laminated sheet, in accordance with the needs of the specific costume to be made.

Application of the stretchable ink is a process which must take the three-dimensional characteristics of the final desired costume component into account. During the initial application of the stretchable ink 32, the laminated material 22 is a flat surface. As it is intended that the laminated material 22 be molded into a three-dimensional component, however, from a flat sheet, the stretchable ink will often be printed on or applied initially in a distorted shape on the flat sheet or surface. It is intended, however, that the printing, when vacuum formed into its ultimate three-dimensional shape will have the desired straight lines and/or curves and present a clean exact look without gaps or spaces in the designs.

For example, in the embodiment shown, it is desired to have bars representing laces and a circle with an "R" within it on the final costume component. As a result, the initial stretchable ink will be applied to the costume in a shape which takes into account the curvature expected after molding of the laminated material 22. Consequently, when initially applied, the stretchable ink may appear distorted, as that ink is intended to be stretched by vacuum molding into the desired three-dimensional shape on the final costume component. Thus, when the laminated surface 22 is later molded, and changed from a two-dimensional surface to a three-dimensional configuration, the stretchable ink shape will be transformed from the distorted shape into the final shape desired. The exact shape required for the printing, so as to create the desired shape after stretching, may be determined by trial and error, or by computer modelling. Although stretchable ink is not necessary for practice of the present invention since a costume component can be fabricated having an interesting shape alone, with no printing upon it, in many costume designs the use of the stretchable ink printed onto the fabric, to further adorn the costume, is preferred.

Following application of the stretchable ink 32 to the laminated material 22, the laminated and now printed on material is vacuum formed or molded into a costume component 35 in the specific shape desired. This is schematically indicated in Block D of FIG. 1. This is also shown in FIG. 6. The combination of the lamination of fabric to H-celled foam, previously described, and the vacuum molding step creates and results in a semi-rigid, three-dimensional fabric-covered section of material in the desired shape. Yet, even though this material is semi-rigid it is still easily sewn to other fabric components. This is because the fabric top layer of the laminate can be sewn to other fabric-only pieces, in a conventional sewing technique. In the embodiment shown in FIG. 6, the material is vacuum molded into a chestpiece component which provides the appearance of the upper torso of a superhero costume. The chestpiece is ridged and shaped to appear like a very muscular and well-tuned torso. Due to the vacuum molding rigidity created by the process described herein, the component retains its distinctive rippled shape. This shape endures even after the component is removed from the molding apparatus.

Following vacuum molding or forming of the costume component 35, a fine die cut is then performed on the shaped sheet of laminated material to remove the extraneous material or selvage from around the costume component 35. This fine die cut removes the vacuum formed shape from the general die cut sheet 34, and leaves a semi-rigid costume

5

component 35 suitable for sewing into a complete costume, as shown in FIG. 9. A cross section of the three-dimensionally configured, semi-rigid costume component is shown in FIG. 8. Block E of FIG. I schematically represents the fine die cut step.

The costume component 35 can then be easily sewn together with other fabric sections to form a full costume, as shown in FIG. 9. Costume component 35, a muscular upper torso, is sewn to arms 38 and to pelvis 40 (which is itself attached to legs 48) to form a superhero costume, as shown. While the fabric sections 38, 40 and 48 are supple and flexible, the torso area created by the present invention maintains a shell-like semi-rigidity. This lends an attractive and unusual effect to the costume, and creates a novel form of costume which is not present in the prior art. Moreover, the process is easy and inexpensive, and efficiently produces a desirable effect. The final assembly of the costume component 35 with the fabric sections 38, 40 and 48 is schematically represented by Block F in FIG. 1.

FIG. 8 is a cross sectional view of a portion of the vacuum formed chestpiece 35. Circle 31 is shown on top of the chest and is not to scale but shown of a greater relative thickness for clarity of illustration.

Consequently, the present invention can be used to make numerous different costume types and designs. As shown in the embodiment illustrated in the Figures, it can be used to form a Robin® superhero type costume, in which the upper torso is a muscular semi-rigid type shell. In this embodiment, the rib cage, abdominal and pectoral muscles are clearly prominent. Any other costume component can be constructed using the present invention, and that costume component can either be worn as it is, or be sewn together with sections of fabric. As a result, a highly distinctive effect is produced.

Having described this invention with regard to specific embodiments, it is to be understood that the description is not meant as a limitation since further variations or modifications may be apparent or may suggest themselves to those skilled in the art. It is intended that the present application cover such variations and modifications as fall within the scope of the appended claims.

What is claimed is:

1. A method for manufacturing a component for a costume, comprising the steps of:

(a) providing a sheet of fabric and a separate foam sheet;

(b) fusing said sheet of fabric to said foam sheet to form a fused, laminated sheet; and,

(c) vacuum molding said laminated sheet to form [the] a three-dimensional shape of a human, upper torso.

2. A method for manufacturing as claimed in claim 1, further comprising the step of applying stretchable ink to said laminated sheet.

3. A method for manufacturing as claimed in claim 2, wherein said stretchable ink is applied to said laminated sheet before said step of vacuum molding.

4. A method for manufacturing as claimed in claim 1, further comprising the step of gross die cutting a first section of said laminated material, and before said step of vacuum molding.

5. A method for manufacturing as claimed in claim 4, further comprising the step of performing a fine die cut on said vacuum molded, laminated sheet.

6. A method for manufacturing as claimed in claim 5, further comprising the step of sewing said component for a costume to fabric pieces to form a complete costume.

7. A method as claimed in claim 2 wherein said step of applying stretchable ink accommodates the differences in

6

surface configuration of said laminated sheet before and after said step of vacuum molding, to present an integrated visual effect after said step of vacuum molding.

8. A method for manufacturing as claimed in claim 1 further comprising the step of sewing said component to fabric pieces to form a unitard-style costume.

9. A three-dimensional costume component representing the pectoral and/or abdominal muscles of a well-toned human comprising:

a) a fabric layer; and

b) a foam layer; said fabric and foam layers being fused to form a laminated sheet which is vacuum molded.

10. A three-dimensional costume component as claimed in claim 9 further comprising a stretchable ink design printed on said fabric layer.

11. A three-dimensional costume component as claimed in claim 9 wherein said costume component is in the shape of an upper torso.

12. A three-dimensional costume component as claimed in claim 9 wherein said costume component is integrated into a unitard.

13. A three-dimensional costume component as claimed in claim 9 wherein said costume component is sewn to additional fabric to form an integrated costume.

14. A costume comprising:

a costume component, said costume component comprising a first layer of fabric and a second layer of foam fused to said fabric to form a laminated sheet, said laminated sheet being vacuum molded into a three-dimensional desired shape in the shape of an upper torso.

15. A costume as claimed in claim 14, wherein said first layer of fabric comprises polyester.

16. A costume as claimed in claim 14, in which said costume component further has stretchable ink applied to said fabric of said laminated sheet.

17. A costume as claimed in claim 14, in which said costume component is sewn to fabric pieces to form a unitard.

18. A costume as claimed in claim 14, in which said costume component comprises a chestpiece sewn to fabric, said chestpiece having stretchable ink on its surface.

19. A costume, said costume comprising a semi-rigid and three-dimensional upper-torso component, said upper torso component comprising a layer of fabric, heat laminated and fused to a layer of foam, said upper-torso component being vacuum formed into a three-dimensional shape of a well-toned human and sewn to other fabric components.

20. A costume as claimed in claim 19, in which said other fabric components together with said upper torso component form a unitard.

21. A costume as claimed in claim 19, in which said semi-rigid component has stretchable ink applied on its surface.

*22. A method for manufacturing a component for a costume as claimed in claim 19 wherein said layer of foam comprises H-cell foam material.*

*23. A method for manufacturing a component for a costume, comprising the steps of:*

*(a) providing a sheet of fabric and a separate foam sheet;*

*(b) fusing said sheet of fabric to said foam sheet to form a fused, laminated sheet; and,*

*(c) molding said laminated sheet to form a three-dimensional shape of a human upper torso.*

*24. A method for manufacturing as claimed in claim 23, further comprising the step of applying stretchable ink to said laminated sheet.*

7

25. A method for manufacturing as claimed in claim 24, wherein said stretchable ink is applied to said laminated sheet before said step of molding.

26. A method as claimed in claim 24 wherein said step of applying stretchable ink accommodates the differences in surface configuration of said laminated sheet before and after said step of molding, to present an integrated visual effect after said step of molding.

27. A method for manufacturing as claimed in claim 23, further comprising the step of gross die cutting a first section of said laminated material, and before said step of molding.

28. A method for manufacturing as claimed in claim 27, further comprising the step of performing a fine die cut on said molded, laminated sheet.

29. A method for manufacturing as claimed in claim 28, further comprising the step of sewing said sheet component for a costume to fabric pieces to form a complete costume.

30. A method as claimed in claim 29 wherein said sewing step comprises the use of conventional sewing techniques.

31. A method for manufacturing as claimed in claim 23 further comprising the step of sewing said sheet component to fabric pieces to form a unitard-style costume.

32. A method for manufacturing a component for a costume claimed in claim 23, in which said sheet of fabric forms the top layer of said laminated sheet.

33. A three-dimensional costume component as claimed in claim 23 wherein said foam layer comprises H-cell foam material.

34. A method for manufacturing a component for a costume as claimed in claim 23 wherein said three-dimensional shape of said human upper torso is fabric-covered.

35. A costume component as claimed in claim 23 wherein said fusing step is performed by heat and pressure.

36. A three-dimensional costume component representing the pectoral and/or abdominal muscles of a well-toned human comprising:

a) fabric layer; and

b) a foam layer; said fabric d foam layers being fused to form a laminated sheet which is molded.

37. A three-dimensional costume component as claimed in claim 36 further comprising a stretchable ink design printed on said fabric layer.

38. A three-dimensional costume component as claimed in claim 36 wherein said costume component is in the shape of an upper torso.

39. A three-dimensional costume component as claimed in claim 36 wherein said costume component is integrated into a unitard.

40. A three dimensional costume as claimed in claim 39 wherein said costume component is integrated into a unitard by conventional sewing.

41. A three-dimensional costume component as claimed in claim 36 wherein said costume component is sewn to additional fabric to form an integrated costume.

42. A three-dimensional costume component representing the pectoral and/or abdominal muscles of a well-toned human as claimed in claim 36 in which said fabric layer forms the top layer of said laminated sheet.

43. A three-dimensional costume component as claimed in claim 36 wherein said foam layer comprises H-cell foam material.

8

44. A three-dimensional costume component as claimed in claim 36 wherein said laminated sheet which is molded is fabric-covered.

45. A three dimensional costume component as claimed in claim 36 wherein said fusing is performed by heat and pressure.

46. A costume comprising:

a costume component, said costume component comprising a first layer of fabric and a second layer of foam fused to said fabric to form a laminated sheet, said laminated sheet being molded into a three-dimensional desired shape in the shape of an upper torso.

47. A costume as claimed in claim 46, wherein said first layer of fabric comprises polyester.

48. A costume as claimed in claim 46, wherein said costume component further has stretchable ink applied to said fabric of said laminated sheet.

49. A costume as claimed in claim 46, in which said costume comment is sewn to fabric pieces to form a unitard.

50. A costume as claimed in claim 46, in which said costume component comprises a chestpiece sewn to fabric, said chestpiece having stretchable ink on its surface.

51. A costume as claimed in claim 46 in which said first layer of fabric is the top layer of said laminated sheet.

52. A costume as claimed in claim 46 wherein said layer of foam comprises H-cell foam material.

53. A costume as claimed in claim 46 wherein said costume component is attachable by conventional sewing technique to at least one additional fabric-only piece.

54. A costume as claimed in claim 46 wherein said three-dimensional desired shape in the shape of an upper torso is fabric-covered.

55. A costume as claimed in claim 46 wherein said fusing is performed by heat and pressure.

56. A costume, said costume comprising a semi-rigid and three-dimensional upper-torso component, said upper torso component comprising a layer of fabric, heat laminated and fused to a layer of foam, said upper-torso component being formed into a three-dimensional shape of a well-toned human and sewn to other fabric components.

57. A costume as claimed in claim 56, in which said other fabric components together with said upper torso component form a unitard.

58. A costume as claimed in claim 56, in which said semi-rigid component has stretchable ink applied on its surface.

59. A costume as claimed in claim 56 wherein said layer of fabric is the top layer of said three-dimensional upper torso component.

60. A costume as claimed in claim 56 wherein said layer of foam comprises H-cell foam material.

61. A costume as claimed in claim 56 wherein said upper torso component is integrated to said other fabric components by conventional sewing techniques.

62. A costume as claimed in claim 56 wherein said upper-torso component is fabric-covered.

63. A costume as claimed in claim 56 wherein fusing is performed by heat and pressure.

*  *  *  *  *

# EXHIBIT B

Your Amazon.com   Today's Deals   Gift Cards   Help                                    FREE Two-Day Shipping: See details

Shop by
**Department**      Search   Toys & Games   **Fast Forward LLC backpacks**   Go      Hello. Sign In
                                                                               Your Account      0   Cart      Wish
                                                                                                                     List

**Toys & Games**   Best Sellers   New Releases   Preschool Toys   Boys' Toys   Girls' Toys   Games & Puzzles   Hobby, Models & Trains   Toys Outlet



Click for larger image and other views



Share your own related images

### Superman 3-d Molded Chest Backpack
by FAST FORWARD LLC

Be the first to review this item   |   (0)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Price: **$38.70** & this item ships for **FREE with Super
Saver Shipping.** Details

**In Stock.**
Sold by **Urban Buckle** and **Fulfilled by Amazon.** Gift-wrap
available.

Only 1 left in stock--order soon.

**Want it delivered Wednesday, July 11?** Order it in the next 7
hours and 22 minutes, and choose **One-Day Shipping** at checkout.
Details

**6 new** from $31.47

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Save up to 30% on Select Toys for Infants,
Toddlers, and Preschoolers**
For a limited time, save up to 30% on select
preschool toys from top brands like Plan Toys,
Thomas & Friends, and more. Learn more

or
Sign In to turn on 1-Click ordering.
or

Add to Cart with
FREE Two-Day Shipping

Amazon Prime Free Trial
required. Sign up when you
check out. Learn More

**More Buying Choices**

**LAYO's SHOP**
$32.95 + $5.49 shipping

**4 The Love of Toys!**
$31.95 + $6.75 shipping

**ssandbot**
$44.49 + $5.49 shipping

**6 new** from $31.47
Have one to sell?

Share

### Customers Viewing This Page May Be Interested in These Sponsored Links   (What's this?)

**Backpack**        Fight To Keep Your Favorite Channel Call DTV @ 800-531-5000
                    www.whendirectvdrops.com/

**Spider-Man in IMAX 3D**   At an IMAX Theatre near you The Amazing Spider-Man in IMAX **3D**
                    www.imax.com/

**Custom.backpacks**   Print Your Logo with Rush King. Now for 16% off Already Low Prices.
                    www.rushking.com/**Backpacks**

See a problem with these advertisements? Let us know                                    Advertise on Amazon

### Customers Who Viewed This Item Also Viewed                                    Page 1 of 2

# EXHIBIT C

Your Amazon.com | Today's Deals | Gift Cards | Help

FREE Two-Day Shipping: See details

Shop by
**Department**     Search    Toys & Games    **Fast Forward LLC**                     Go    Hello. Sign in
Your Account    0
Cart    Wish
List

**Toys & Games**    Best Sellers    New Releases    Preschool Toys    Boys' Toys    Girls' Toys    Games & Puzzles    Hobby, Models & Trains    Toys Outlet

## Spider-man Molded Chest 16 Inch Backpack
by FAST FORWARD LLC

Be the first to review this item |          (0)

Price: **$18.99**

**In Stock.**
Ships from and sold by npfister3.

Only 1 left in stock--order soon.

**8 new** from $18.99

Click for larger image and other views

Share your own related images

**$18.99** + $5.49 shipping
In Stock. Sold by npfister3

**or**

Sign in to turn on 1-Click ordering.

---

**More Buying Choices**

Web Ninja
$25.00  & this item ships for FREE with Super Saver Shipping. Details

4leafclover
$24.99 + $5.49 shipping

Kidsville Toys, LLC
$37.95  & this item ships for FREE with Super Saver Shipping. Details

**8 new** from $18.99

Have one to sell?

Share

---

**Customers Viewing This Page May Be Interested in These Sponsored Links**   (What's this?)

**Spider-Man in IMAX 3D** ⓘ      - At an IMAX Theatre near you The Amazing **Spider-Man** in IMAX 3D   www.imax.com/

**Direct To Drop Viacom** ⓘ      - Don't Lose Viacom Channels. Call DTV @ 800-531-5000          www.whendirectvdrops.com/

**Logo & Custom Backpacks** ⓘ      - Call Us Today! 1-800-308-4701. Logo, Custom, Quality **Backpacks**.  www.ebagscorporate.com/

See a problem with these advertisements? Let us know                                                                    Advertise on Amazon

## Product Features

- Designed with a padded chest plate that duplicates the look of the iconic superhero.
- Dimensions: 16 x 10 x 5 inches
- Padded, adjustable shoulder straps
- It's the perfect way to take the fun of the movies and comics to school

## Product Details

**Shipping Weight:** 2 pounds (View shipping rates and policies)
**ASIN:** B008CFSJTY
**Manufacturer recommended age:** 6 years and up
**Average Customer Review:** Be the first to review this item
Would you like to **give feedback on images** or **tell us about a lower price**?

## Product Description

Your                    n will love t          to school i        an Molded (        ackpack. Featuring molded chest and flap
side

Hobby Master PT-17     Polywood Kid Picnic     Nintendo Coin Candies    Trader Recycled

South Beach

# EXHIBIT D

Case 1:12-cv-05348-WJM-MF   Document 1   Filed 07/11/12   Page 21 of 27

Your Amazon.com   Today's Deals   Gift Cards   Help                    FREE Two-Day Shipping: See details

Shop by
Department        Search    Toys & Games    Fast Forward LLC backpacks      Go       Hello. Sign in        0       Wish
                                                                                      Your Account    Cart   List

Toys & Games    Best Sellers    New Releases    Preschool Toys    Boys' Toys    Girls' Toys    Games & Puzzles    Hobby, Models & Trains    Toys Outlet



Click for larger image and other views



Share your own related images

### Batman 16 Inch Backpack with Padded Chest Plate - Black
by FAST FORWARD LLC

Be the first to review this item    |    (0)

Price: **$38.88** & this item ships for **FREE with Super Saver Shipping.** Details

**In Stock.**
Sold by **Urban Buckle** and **Fulfilled by Amazon**. Gift-wrap available.

Only 1 left in stock--order soon.

**Want it delivered Wednesday, July 11?** Order it in the next 7 hours and 54 minutes, and choose **One-Day Shipping** at checkout. Details

**5 new** from $32.99



or
Sign in to turn on 1-Click ordering.
or

[ Add to Cart with
  FREE Two-Day Shipping ]

**Amazon Prime Free Trial** required. Sign up when you check out. Learn More

---

**More Buying Choices**

Kidsville Toys, LLC
$38.95  & this item ships for FREE with Super Saver Shipping. Details

mizthrifty
$33.59 + $5.49 shipping

LAYO's SHOP
$33.95 + $5.49 shipping

**5 new** from $32.99

Have one to sell?

Share

---

## Customers Viewing This Page May Be Interested in These Sponsored Links   (What's this?)

**Backpacks At Hot Topic®**      Don't Wait Too Long! Get **Batman Backpacks** Online At HotTopic.com
                                 www.hottopic.com/

**Backpack**                     Fight To Keep Your Favorite Shows Call DTV @ 800-531-5000

                                 www.whendirectvdrops.com/

**Padded Backpacks**             Find **Padded Backpacks.** Get Trusted Answers Now!

                                 www.ask.com/Padded+Backpacks

See a problem with these advertisements? Let us know                              Advertise on Amazon

---

**Customers Who Viewed This Item Also Viewed**                                    Page 1 of 7

# EXHIBIT E



SEARCH RUBIE'S PRODUCTS BY: ITEM NUMBER SEARCH

WHERE TO BUY

COSTUMES ACCESSORIES RENTALS MASCOTS SEASONAL LICENSED NEW ARRIVALS

NEWBORN | INFANT | TODDLER | GIRLS | BOYS | TWEEN | TEENS | WOMEN | MEN | PLUS SIZE

PRODUCT LINE

TODDLER

- SOFT & CUDDLY
- CUTE & CUDDLY
- HALLOWEEN SENSATIONS
- ANIMAL FARM
- JUNGLE PALS
- THE TALKIES
- FAIRYTALE FAVORITES
- CLASSIC STORYBOOK
- YARN BABIES

COSTUME THEME

- 50'S
- ANIMALS
- BRIDES
- CANDY
- CHEERLEADERS
- CLOWN
- COWBOYS

BATMAN

**882211**
**Muscle Chest The Batman™**

Contains:
Headpiece, cape, muscle chest jumpsuit with attached boot tops and belt.

Special Features:
From The Batman

Color:
As Shown

Sizes:
TODD,S, M, L

(+) ENLARGE IMAGE

SIZE CHART

WHERE TO BUY

MAY WE ALSO SUGGEST:

882210
The Batman™

11699
The Batman™

BACK

ABOUT US | RUBIE'S WORLDWIDE | CATALOGS | CONTACT US | REGISTER | LEGAL NOTICE | STORES | HELP

# EXHIBIT F



SEARCH RUBIE'S PRODUCTS BY: ITEM NUMBER SEARCH

WHERE TO BUY

COSTUMES ACCESSORIES RENTALS MASCOTS SEASONAL LICENSED NEW ARRIVALS

NEWBORN | INFANT | TODDLER | GIRLS | BOYS | TWEEN | TEENS | WOMEN | MEN | PLUS SIZE

PRODUCT LINE

BOYS
- HAUNTED HOUSE
- HALLOWEEN CONCEPTS
- PIRATES
- HALLOWEEN SENSATIONS
- 50'S FAVORITES
- GRAVEYARD REAPERS
- STAGE FRIGHT
- FEELING GROOVY
- INFLATABLE COSTUMES

COSTUME THEME
- 50'S
- 60'S
- ASTRONAUT
- BANDIT
- CAPES
- CLOWNS
- COWBOYS

SUPERMAN RETURNS

**882302**
**Deluxe Muscle Chest Superman™**

Contains:
Muscle chest jumpsuit with attached boot tops, cape and molded belt

Special Features:

Color:
As Shown

Sizes:
TODD,S,M,L

(+) ENLARGE IMAGE

SIZE CHART

WHERE TO BUY

MAY WE ALSO SUGGEST:

882308
Deluxe The Flash™

885211
Superman™

BACK

ABOUT US | RUBIE'S WORLDWIDE | CATALOGS | CONTACT US | REGISTER | LEGAL NOTICE | STORES | HELP

# EXHIBIT G

SEARCH RUBIE'S PRODUCTS BY: ITEM NUMBER SEARCH

WHERE TO BUY

COSTUMES ACCESSORIES RENTALS MASCOTS SEASONAL LICENSED NEW ARRIVALS

NEWBORN | INFANT | TODDLER | GIRLS | BOYS | TWEEN | TEENS | WOMEN | MEN | PLUS SIZE

**PRODUCT LINE**

MEN

- FUNK WEAR
- INSANE ASYLUM
- SAVOIR FAIRE
- MALPRACTICE
- GOOFY KIND OF HALLOWEEN
- GODS AND GODDESSES
- THE COVENANT
- DELUXE COSTUMES

**COSTUME THEME**

- 20'S
- 50'S
- 60'S
- 70'S
- ANIMALS
- ARABIANS
- BABIES

TEEN TITANS

**888078**
**Deluxe Muscle Chest Robin™**

Contains:
Muscle Chest jumpsuit with attached boot tops, belt, cape and eye mask

Special Features:

Color:
As Shown

Sizes:
S, M, L

(+) ENLARGE IMAGE

SIZE CHART

WHERE TO BUY

MAY WE ALSO SUGGEST:

15549
Adult Robin™

56120
Muscle Chest The Batman™

‹ BACK

ABOUT US | RUBIE'S WORLDWIDE | CATALOGS | CONTACT US | REGISTER | LEGAL NOTICE | STORES | HELP

